UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMIE LOPEZ and IBEL PEREZ,

        Plaintiffs,

   v.

UNITED RENTALS, INC. and DOES 1 to 100, inclusive,

        Defendants.

NO. CIV. S-09-1272 FCD/GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on proposed intervenor Seabright Insurance Company, Inc.'s ("Seabright") motion for leave to file a complaint in intervention.[1] (Docket #19.) Seabright seeks to intervene, in this personal injury action, on the grounds that it is an insurance carrier that has paid benefits to its insured's employee plaintiff Jamie Lopez for losses allegedly caused by parties to this action. Seabright alleges it is subrogated to such claims to the extent of its

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1 payments, and therefore, has a direct pecuniary interest in the
2 outcome of this litigation.
3    Defendant JLG Industries, Inc. does not oppose the motion.
4 (Non-Opp'n, filed Aug. 18, 2009 [Docket #27].)[2]  As such, the
5 court GRANTS Seabright's motion.  Intervention in this case is
6 appropriate as a matter of right, pursuant to Fed. R. Civ. P.
7 24(a), or alternatively, permissively, pursuant to Fed. R. Civ.
8 P. 24(b).  The Clerk of the Court is directed to separately file
9 Seabright's Complaint in Intervention (Docket #22), attached as
10 Ex. A to the Alper Declaration.  Seabright shall serve its
11 complaint on the relevant parties with 30 days of the date of
12 this order.
13    IT IS SO ORDERED.
14  DATED: August 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Neither plaintiffs nor defendant United Rentals, Inc. filed a response to the motion; the court construes their lack of a response as a non-opposition to the motion.  E.D. Cal. L.R. 78-230(c).

2